## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALPHA PAINTING & CONSTRUCTION CO., INC.** : <br><br>　　　　**Plaintiff,** <br><br>　　v. <br><br>**DELAWARE RIVER PORT AUTHORITY** <br><br>　　　　**Defendant.** | : <br> : <br> : **CIVIL ACTION** <br> : <br> : **NO. 1:16-cv-05141-NLH-AMD** <br> : <br> : <br> : <br> : <br> : <br> : |

### DEFENDANT, DELAWARE RIVER PORT AUTHORITY'S
### <u>NOTICE OF APPEAL</u>

　　Notice is hereby given that Delaware River Port Authority, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's final order entered in this action on June 26, 2019 (ECF Doc. No. 94).

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　<u>/s/ *Stewart J. Greenleaf, Jr.*</u>
　　　　　　　　　　　　　　　　　THOMAS J. ELLIOTT, *pro hac vice*
　　　　　　　　　　　　　　　　　STEWART J. GREENLEAF, JR.
　　　　　　　　　　　　　　　　　Elliott Greenleaf, P.C.
　　　　　　　　　　　　　　　　　Union Meeting Corporate Center
　　　　　　　　　　　　　　　　　925 Harvest Drive
　　　　　　　　　　　　　　　　　Blue Bell, PA  19422
　　　　　　　　　　　　　　　　　(215) 977-1000
DATED:  July 18, 2019　　　　　　Counsel for the Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing is being served upon the following person(s) *via* the Court's electronic filing and service procedures:

        Peter J. Torcicollo, Esq.
        Kevin W. Weber, Esq.
        Jennifer A. Hradil, Esq.
        Gibbons P.C.
        One Gateway Center
        Newark, NJ 07102-5310
        Counsel for Plaintiff


        */s/ Stewart J. Greenleaf, Jr.*
        STEWART J. GREENLEAF, JR.

DATED: July 18, 2019